IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

```
KEVIN DARNELL JONES,           )
                               )
       Plaintiff,              )
                               )
v.                             )     CIVIL ACTION FILE NO.
                               )     1:15-CV-0297-WBH
MAJOR KIRT BEASLEY, et al.     )
                               )
       Defendants.             )
_____)
```

## DEFENDANT LT. COL. KIRT BEASLEY'S ANSWER TO PLAINTIFF'S COMPLAINT

COMES NOW, Defendant Lt. Col. Kirt Beasley ("Defendant"), by and through undersigned counsel, and hereby files this Answer to Plaintiff's Complaint.

### FIRST DEFENSE

Plaintiff's Complaint fails to state a claim against Defendant upon which relief can be granted.

### SECOND DEFENSE

Plaintiff's claims are barred to the extent that Defendant is entitled to qualified immunity.

### THIRD DEFENSE

Plaintiff's claims are barred to the extent that Defendant is entitled to Eleventh Amendment Immunity.

### FOURTH DEFENSE

Plaintiff's claims are barred to the extent that Plaintiff

failed to properly exhaust available administrative remedies.

## FIFTH DEFENSE

Defendant has not committed any act or omission which would make her liable in any way to Plaintiff for any cause of action for damages.

## SIXTH DEFENSE

Defendant has not subjected Plaintiff to the deprivation of any rights, due process or otherwise, privileges or immunities secured by the Constitution or laws of the State of Georgia or the United States of America.

## SEVENTH DEFENSE

Defendant has not breached any official duty, any court duty, any court order compelling Defendant to act, or any duty created under the Constitution of the United States of America compelling Defendant to act with regard to the event(s) allegedly giving rise to Plaintiff's claims.

## EIGHTH DEFENSE

Defendant did not breach any duty owed to Plaintiff with regard to the event(s) allegedly giving rise to Plaintiff's claims.

## NINTH DEFENSE

Defendant committed not act or omission which either proximately caused or contributed in any way to any injuries

or damages alleged by Plaintiff.

### TENTH DEFENSE

Defendant's alleged acts or omissions with respect to Plaintiff were carried out in good faith, without malice, spite, or conscious, reckless or negligent disregard of Plaintiff's rights, if any, and without improper or ill will of any kind.

### ELEVENTH DEFENSE

To the extent as may be shown by the evidence, Defendant herein asserts all defenses available under Fed. R. Civ. P. 12.

### TWELFTH DEFENSE

Defendant is not liable for attorney's fees, punitive damages, or court fees, nor are they warranted in this case.

### THIRTEENTH DEFENSE

Defendant responds to the enumerated allegations of the Complaint as follows:

### I. PREVIOUS LAWSUITS

#### A.

Defendant is without information or knowledge sufficient to form a belief as to whether Plaintiff has been involved in any previous lawsuits.

#### B.

Plaintiff has articulated no allegation in Paragraph I(B)

3

that warrants a response from Defendant.

## II. EXHAUSTION OF ADMINISTRATIVE REMEDIES

A.

Defendant admits that at the time this Complaint was filed, Plaintiff was an inmate in the Fulton County Jail.

B.

Admitted.

C.

Admitted.

D.

Denied.

## III. PARTIES

A.

Admitted.

B.

Defendant admits that she is a Lieutenant Colonel at the Fulton County Jail. Defendant lacks sufficient knowledge or information to form a belief as to the identities and employers of the other named Defendants, and therefore, can neither admit nor deny same.

## IV. STATEMENT OF CLAIM

Denied.

4

### V. RELIEF

Denied.

### GENERAL DENIAL

Defendant denies each and every allegation of Plaintiff's Complaint not specifically admitted, denied, or otherwise contradicted herein.

**WHEREFORE**, Defendant prays that:

A. Plaintiff's Complaint be dismissed in its entirety;

B. All costs of this litigation be paid by Plaintiff;

C. The Court impanel a jury of twelve should this case be tried; and

D. Any other relief that this court deems just and proper be granted.

Respectfully submitted, this 14th day of June, 2017.

**OFFICE OF THE FULTON COUNTY ATTORNEY**

Patrise Perkins-Hooker
COUNTY ATTORNEY
Georgia Bar No. 572358

Kaye Woodard Burwell
Deputy County Attorney
Georgia Bar No. 775060

**/s/ Ashley J. Palmer**
Ashley J. Palmer
Senior Attorney
Georgia Bar No. 603514
ashley.palmer@fultoncountyga.gov

5

**OFFICE OF THE FULTON COUNTY ATTORNEY**
141 Pryor Street, S.W.
Suite 4038
Atlanta, Georgia 30303
(404) 612-0246 (Office)
(404) 730-6324 (Facsimile)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

```
KEVIN DARNELL JONES,            )
                                )
     Plaintiff,                 )
                                )
v.                              )    CIVIL ACTION FILE NO.
                                )    1:15-CV-0297-WBH
MAJOR KIRT BEASLEY, et al.      )
                                )
     Defendants.                )
_____ )
```

## CERTIFICATE OF SERVICE

THIS CERTIFIES that on June 14, 2017, I presented this document in Courier New, 12 point type, and I electronically filed the foregoing **DEFENDANT LT. COL. KIRT BEASLEY'S ANSWER TO PLAINTIFF'S COMPLAINT FOR DAMAGES** with the Clerk of Court using the CM/ECF system.  This further certifies that on this date, I provided mail notification to the *pro se* Plaintiff listed below:

> Kevin Darnell Jones
> #1206728
> Wilcox State Prison
> 470 South Broad Street
> P.O. Box 397
> Abbeville, Georgia 31001

This 14th day of June, 2017.

> */s/ Ashley J. Palmer*
> Ashley J. Palmer
> Senior Attorney
> Georgia Bar No. 603514
>
> **Attorney for Defendant**
> **Lt. Col. Kirt Beasley**

7

**OFFICE OF THE FULTON COUNTY ATTORNEY**
141 Pryor Street, S.W.
Suite 4038
Atlanta, Georgia 30303
(404) 612-0246 (Office)
(404) 730-6324 (Facsimile)

P:\CALitigation\Sheriff\Jones, Kevin Darnell v. Beasley - 1-15cv0297 - AJP, JL\Pleadings\FulCO
Defendant(s)\6.14.17 Beasley Answer to Civil Rights Complaint.doc