IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KEVIN DARNELL JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION FILE NO. |
| ) | 1:15-CV-0297-WBH |
| MAJOR KIRT BEASLEY, et al. ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

### DEFENDANT LT. COL. KIRT BEASLEY'S[1] MOTION FOR SUMMARY JUDGMENT

COMES NOW Defendant Lt. Col. Kirt Beasley, by and through undersigned counsel, and moves this Court pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56.1 of the United States District Court for the Northern District of Georgia for the entry of summary judgment in her favor on the grounds that there are no genuine issues of material fact, and she is entitled to judgment as a matter of law.

In support of her Motion, Defendant relies upon the following:

1) Brief in Support of Defendant's Motion for Summary Judgment, filed contemporaneously herewith;

---

[1] Plaintiff is a Lieutenant Colonel in the Fulton County Sheriff's Office and not a Major.

1

2) Defendant's Statement of Material Facts to Which There is No Genuine Issue to be Tried;

3) The Affidavit of Kirt Beasley; and

4) All pleadings of record in this case.

WHEREFORE, Defendant prays that her Motion for Summary Judgment be GRANTED.

Respectfully submitted, this 16th day of August, 2017.

**OFFICE OF THE FULTON COUNTY ATTORNEY**

Patrise Perkins-Hooker
County Attorney
Georgia Bar No. 572358

Kaye Woodard Burwell
Deputy County Attorney
Georgia Bar No. 775060

*/s/ Ashley J. Palmer*
Ashley J. Palmer
Senior Attorney
Georgia Bar No. 603514
ashley.palmer@fultoncountyga.gov

141 Pryor Street, S.W.
Suite 4038
Atlanta, Georgia 30303
(404) 612-0246 (office)
(404) 730-6324 (facsimile)

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| KEVIN DARNELL JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION FILE NO. |
| ) | 1:15-CV-0297-WBH |
| MAJOR KIRT BEASLEY, et al. ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

### CERTIFICATE OF SERVICE

THIS CERTIFIES that on August 16, 2017 **DEFENDANT LT. COL. KIRT BEASLEY'S MOTION FOR SUMMARY JUDGMENT** was electronically filed using Times New Roman, 14 point type in accordance with Local Rule 5.1(C) with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following *pro se* Plaintiff:

Kevin Darnell Jones
c/o Safehouse Outreach
89 Ellis Street, N.E.
Atlanta, Georgia 30308

This 16th day of August, 2017.

                                               */s/ Ashley J. Palmer*
                                               Ashley J. Palmer

                                        Senior Assistant County Attorney
                                        Georgia Bar No. 603514
                                        ashley.palmer@fultoncountyga.gov

Office of the Fulton County Attorney
141 Pryor Street, S.W.
Suite 4038
Atlanta, Georgia 30303
(404) 612-0246 (office)
(404) 730-6324 (facsimile)