FILED IN OFFICE
FEB 10 2014
DEPUTY CLERK SUPERIOR COURT
FULTON COUNTY, GA

```
                IN THE SUPERIOR COURT OF FULTON COUNTY
                          STATE OF GEORGIA

STATE OF GEORGIA            )
                            )
                            )
vs.                         )
                            )  INDICTMENT NO. 13SC121098
                            )
KEVIN JONES                 )
                            )
           Defendant        )
_____)


                              SENTENCE

              BEFORE THE HONORABLE CONSTANCE RUSSELL,

                     COMMENCING ON JANUARY 6, 2014




APPEARANCES OF COUNSEL:

FOR THE STATE OF GEORGIA:       NICHOLE MILTON,
                                ASSISTANT DISTRICT ATTORNEY

FOR THE DEFENDANT:              KRISTIN HOWELL,
                                PUBLIC DEFENDER
```

---

CHERRY D. TULLOS, CCR, RPR
OFFICIAL COURT REPORTER, B-2202
FULTON COUNTY JUSTICE CENTER
SUITE T-1852
ATLANTA, GEORGIA  30303
(404)612-4339

1

ORIGINAL

1  THE COURT: Kevin Jones.
2  MS. MILTON: Good morning, Your Honor.
3  THE COURT: Good morning.
4  MS. MILTON: Nichole Milton here on behalf Zone Six
5  Community Prosecutor Keith Lamar. It's my understanding
6  that Mr. Jones entered a plea at our last court date, and
7  we're here solely for the purposes of sentencing.
8  THE COURT: That's correct.
9  MS. MILTON: The defense has provided me with a
10 memorandum, and I will read it into the record at the
11 request of the defense. Not necessary?
12 MS. HOWELL: Not necessary. That's up to you.
13 MS. MILTON: Okay.
14 THE COURT: Mr. Jones entered a non-negotiated plea;
15 is that correct?
16 MS. HOWELL: Yes, Your Honor.
17 THE COURT: All right. And the State's
18 recommendation was --
19 MS. MILTON: Eight years to serve two, Your Honor.
20 THE COURT: All right. And the defense wanted time
21 to look at some alternatives to present them to me.
22 MS. HOWELL: Yes, Your Honor.
23 THE COURT: Are you ready to proceed?
24 MS. HOWELL: Yes, Your Honor.
25 Your Honor, I've been in contact with Mr. Larry

2

1  Owens, who is a reentry coordinator over at the Fulton
2  County jail.  Mr. Owens has found a program by the name
3  of Sober Living.  It's located at 1763 Carter Circle,
4  East Point, Georgia, 30345.  The length of -- Sober
5  Living, they provide, basically wraparound comprehensive
6  services.  They help give him leads on jobs.  They test
7  him for drugs regularly.  The length of his stay would be
8  dependent really upon what the Court determines, if you
9  want a particular length of time stay.  But it is a
10 residential living situation.
11         To present to the Court, I do have a letter that
12 Sergeant Nalampo (phonetic) wrote on Mr. Jones' behalf.
13 I showed that briefly to the State; as well as a
14 certificate that he got -- received in kitchen basics,
15 just showing that he's been trying work and do productive
16 things at the jail.
17         Part of the problem that Mr. Jones had was drug
18 issues, substance abuse problems which kind of led him
19 down this road.  He is charged with burglary.  He does
20 not have a violent record.  He does have some burglaries.
21         So we are just before the Court asking for the Court
22 to give him the opportunity to try to straighten things
23 out.
24         THE COURT:  Tell me about Mr. Jones' history.  How
25 many prior burglaries?

```
1            MS. MILTON:  I'm showing a 2007 forgery conviction
2    out of Douglas County.  But I also have copies of
3    certified convictions for burglary, criminal attempt to
4    commit burglary, and another burglary in '07, '06, and
5    2010 out of Fulton County.
6            THE COURT:  '07, '06 and 2010.  Is it the same
7    neighborhood or different areas?
8            MS. MILTON:  That I do not know, Your Honor.
9            THE COURT:  All right.  Mr. Jones, how long have you
10   had a drug problem?
11           THE DEFENDANT:  About 15 years, ma'am.
12           THE COURT:  Okay.  Well, having been through the
13   system before, how old are you?
14           THE DEFENDANT:  Forty-five, ma'am.
15           THE COURT:  Okay.  Are you ready to do something
16   different?
17           THE DEFENDANT:  Yes, ma'am.
18           THE COURT:  You're sure?
19           THE DEFENDANT:  Positive.
20           THE COURT:  Okay.  Well, you've been through the
21   system before, so you know that if I send you to prison
22   on a non-violent offense, they're going to give you all
23   kinds of credit, and you probably won't serve it all.
24           THE DEFENDANT:  Yes, ma'am.
25           THE COURT:  Now, I can do that.  I can give you a
```

1  little bit of time.  You go in the system, do your time,
2  and you don't have paper hanging over your head.  Or I
3  can let you go to this program, which means that in order
4  to do that, I have to give you some form of a probated
5  sentence.
6      Now, if I give you that probated sentence, what will
7  happen is, you will report to me for any violations, and
8  if you mess up on the program, I'm going to send you to
9  prison and it's about going to be more.  So you need of
10 pick.
11     If you want to try to you do something different,
12 I'll give you a shot at it, given your history.  If you
13 don't, take a little bit of time and be done.
14     THE DEFENDANT:  Ma'am, I would love to try something
15 different.
16     THE COURT:  Okay.
17     MS. HOWELL:  He's on probation.
18     THE COURT:  How many?
19     PROBATION OFFICER:  He's on probation for -- well,
20 the case is 10SC91255 out of Fulton County.  It's
21 possession of tools to commit a crime, obstruction of a
22 law enforcement, and criminal damage in the second
23 degree.
24     THE COURT:  How much is left?
25     PROBATION OFFICER:  One year, five months, 28 days.

```
 1              THE COURT:  All right.  Mr. Jones --
 2              THE DEFENDANT:  Ma'am.
 3              THE COURT:  -- with respect to this matter, the fact
 4    is that I see a lot of people with drug problems, and
 5    they have records that look about like yours, because
 6    they steal to feed their habits.  And if they're lucky,
 7    they don't wind up either getting shot or hurting
 8    somebody.  And so, fortunately, you've made it this far
 9    without getting in a position where you're charged with
10    armed robbery or something more serious that would have
11    required you to do straight time.  So I'm going to take
12    shot.
13              THE DEFENDANT:  Thank you, ma'am.
14              THE COURT:  All right.
15              MS. HOWELL:  Your Honor, I do have the transport
16    order.  He's supposed to start tomorrow at noon, so if
17    you could sign this.  I put 2013 on it.
18              THE COURT:  Okay.  Well, that's a problem.
19              MS. HOWELL:  I'm going to scratch it out.
20              THE COURT:  Yes, ma'am.
21              MS. HOWELL:  Hopefully we'll get him out of here
22    tomorrow.
23              THE COURT:  All right.  What neighborhood did this
24    offense take place in?
25              MS. MILTON:  This would be Zone 6.  I believe it was
```

```
 1    the Little Five Points area.
 2         THE COURT:  Okay.  Do you have family in Little Five
 3    Points?
 4         THE DEFENDANT:  No, ma'am.
 5         THE COURT:  Do you have any reason to be there?
 6         THE DEFENDANT:  No, ma'am.
 7         THE COURT:  So if you're there, then that would be a
 8    reason for me to revoke you, right, because you have no
 9    business being there, right?
10         THE DEFENDANT:  Yes, ma'am.
11         THE COURT:  Okay.
12         MS. MILTON:  Your Honor, I'm sure Mr. Lamar would be
13    asking for ban from Zone 6 on his own behalf.  That's his
14    standard.
15         THE COURT:  Okay.  What does Zone 6 encompass
16    besides Little Five Points?
17         MS. MILTON:  Well, I'm not too familiar with Zone 6,
18    to be honest with you.  I'm Zone 5.  But I would say,
19    Little Five Points would be sufficient, Your Honor.
20         THE COURT:  Yeah, because the problem is, I'm not
21    going to ban somebody from where his mother is, his baby
22    is, his cousin is, or his family is.  But if you have no
23    reason to be there, that's different.  You've got any
24    reason to be in Little Five Points?
25         THE DEFENDANT:  No, ma'am.
```

1    THE COURT: You've got any reason to be anywhere
2    that's close to Little Five Points?
3    THE DEFENDANT: No, ma'am.
4    THE COURT: No family, no kid, no nothing?
5    THE DEFENDANT: No, ma'am.
6    THE COURT: So there's no reason?
7    THE DEFENDANT: No, ma'am.
8    THE COURT: Got it. All right.
9    With respect to this matter, then, Mr. Jones, for
10   the offense of burglary, you will be sentenced to five
11   years probated. As a specific condition of your probate
12   sentence, you will enter into the Sober Living wraparound
13   services program where you will reside. You will enter
14   into the program and stay there for a minimum of six
15   months. If you violate the terms and conditions of the
16   program, and that includes walking away, not complying
17   with any curfews, have any dirty screens, you will report
18   to me for any violations.
19   THE DEFENDANT: Yes, ma'am.
20   MS. HOWELL: And, Your Honor, I think they want you
21   to put the six months in the sentence sheet.
22   THE COURT: Oh, it will be in there.
23   MS. HOWELL: Okay. Okay.
24   THE COURT: You will be in there for a minimum of
25   six months. It's going to be on the sentence sheet. You

```
 1    will sign any documents which may be necessary to allow
 2    the program to report to probation about your compliance,
 3    or lack thereof.  You are to stay away from the Little
 4    Five Points area.  You are banned.  That means if you're
 5    on the bus and it goes through there, you can't get off.
 6    Don't take the train there.  Don't do anything else
 7    there.  You know where it is, so I don't have to tell you
 8    that if you are there, that is a specific condition, it's
 9    a violation, you will report back to me.
10         THE DEFENDANT:  Yes, ma'am.
11         THE COURT:  With respect to 10SC91255, close it out.
12    Just close it.  So the only probation you're going to
13    have is mine.
14         THE DEFENDANT:  Yes, ma'am.  Thank you.
15         THE COURT:  So that means if you hit the Fulton
16    County jail, the only person you will get to see is me.
17         THE DEFENDANT:  Yes, ma'am.
18         THE COURT:  Now, if you come back to see me, it
19    won't be nearly as pleasant.
20         THE DEFENDANT:  I understand.
21         THE COURT:  Okay.
22         MS. MILTON:  Your Honor, would you consider
23    reserving a restitution hearing in the future?
24         MS. HOWELL:  Your Honor, I do believe they recovered
25    everything.  Part of the recitation of the facts was he
```

```
 1    got with the meat on him.
 2         MS. MILTON:  Wasn't there damage to the structure
 3    that he entered?  No?
 4         THE COURT:  Okay.  When is the last time you had
 5    a -- how far did you have go in school?
 6         THE DEFENDANT:  I graduated high school.
 7         THE COURT:  When is the last time you had a legit
 8    job?
 9         THE DEFENDANT:  It's been a while.
10         THE COURT:  Okay.
11         THE DEFENDANT:  But I do have some great offers now.
12         THE COURT:  Good.  I'm glad.
13         THE DEFENDANT:  I do.  I have some great offers.
14         THE COURT:  Okay.  So that we get your mind around
15    getting serious about this --
16         THE DEFENDANT:  Yes, ma'am.
17         THE COURT:  -- you are to provide probation with
18    proof of employment.  Once you provide them with proof of
19    employment, you need to start paying your fines and fees.
20         THE DEFENDANT:  Yes, ma'am.
21         THE COURT:  You're not going to be required to pay
22    until you have employment.
23         With respect to restitution, I'm not going to make
24    him pay restitution, because it seems to me that given
25    his history, that might be a bit much, and there was
```

```
 1        insurance, right?
 2             MS. MILTON:  I believe so.  It was a business.
 3             THE DEFENDANT:  Thank you, Your Honor.
 4             THE COURT:  All right.  Good luck.
 5             MS. MILTON:  Your Honor, that concludes my business.
 6        May I be excused.
 7             THE COURT:  You may.
 8             Probation will speak to you, sir.
 9             Now, Mr. Jones, just remember, don't come back to
10        visit now, because I promise you, you will be staying
11        with me.
12             THE DEFENDANT:  Yes, ma'am.
13             THE COURT:  Okay.
14             (Proceedings concluded.)
15
16
17
18
19
20
21
22
23
24
25
```

```
 1  STATE OF GEORGIA  }
                     } SS:
 2  COUNTY OF FULTON  }

 3

 4                    C E R T I F I C A T E

 5

 6       I, Cherry D. Tullos, Official Court Reporter within and

 7  for the State of Georgia, do hereby certify that the foregoing

 8  is a true, correct and complete transcript of said

 9  proceedings.

10       This certification is expressly withdrawn and denied upon

11  the disassembling or photocopying of the foregoing transcript

12  or any part thereof, including exhibits, unless said

13  disassembling or photocopying is done by the undersigned

14  official court reporter and original signature and seal

15  attached thereto.

16       In witness whereof, I have affixed my signature this 17th

17  day of February 2014.

18

19

20                         _____
21                         [signature]
22                         CHERRY D. TULLOS, CCR, RPR
                           CERTIFICATE NO. B-2202
23                         OFFICIAL COURT REPORTER
                           SUPERIOR COURT OF FULTON COUNTY
24                         ATLANTA JUDICIAL CIRCUIT

25
```

```
                IN THE SUPERIOR COURT OF FULTON COUNTY
                         STATE OF GEORGIA

STATE OF GEORGIA                )
                                )
                                )
vs.                             )
                                ) INDICTMENT NO. 13SC121098
                                )
KEVIN JONES                     )
                                )
         Defendant              )
_____)




                              SENTENCE

              BEFORE THE HONORABLE CONSTANCE RUSSELL,

                    COMMENCING ON JANUARY 6, 2014




APPEARANCES OF COUNSEL:

FOR THE STATE OF GEORGIA:     NICHOLE MILTON,
                              ASSISTANT DISTRICT ATTORNEY

FOR THE DEFENDANT:            KRISTIN HOWELL,
                              PUBLIC DEFENDER




                    CHERRY D. TULLOS, CCR, RPR
                  OFFICIAL COURT REPORTER, B-2202
                     FULTON COUNTY JUSTICE CENTER
                           SUITE T-1852
                      ATLANTA, GEORGIA  30303
                          (404)612-4339

                                                            1
```

