Rus

IN THE SUPERIOR COURT OF FULTON COUNTY

STATE OF GEORGIA

FILED IN OFFICE
FEB 26 2014
DEPUTY CLERK SUPERIOR COURT
FULTON COUNTY, GA

STATE OF GEORGIA

V.

Kevin Darnell Jones

**Amended Order**

INDICTMENT NO. 13SC121093
BOOKING NO. 1319001
GDC NO. 1206723

~~ORDER OF REVOCATION~~

WHEREAS, the defendant having waived/received formal notice, this Court did conduct a full hearing on the date aforesaid in accordance with Georgia Law. The preponderance of evidence presented compels this Court to find that the Defendant

_____ HAS NOT violated the terms of probation.
_____ HAS violated the terms of probation in the following manner. (Be Specific)

Closed Administratively
Docket # 13SC121093

NOW, Therefore, it is ordered and adjudged that the probation provisions in the defendant's original sentence

☐ be CONTINUED from the date of the warrant issued on _____.

☐ be REVOKED. The defendant is hereby required to serve:

☐ BALANCE of said sentence

☐ BALANCE of said sentence, service of time suspended

☐ _____ years _____ months _____ days. Upon service of this time, the Defendant shall be REINSTATED on probation under the conditions of the original Order of Probation dated _____.

☐ _____ years _____ months _____ days. Upon service of time, Defendant's balance of probation shall be SUSPENDED.

The defendant is to serve time, if any (Circle One) In the County Jail, County Correctional Institution, State Penal System or other such place as the Court may direct.

This sentence is to run CONCURRENTLY with the sentence imposed upon defendant in Fulton County Superior Court, case number _____ and/or in Fulton County State Court, case number _____.

Toll Time Began (Date of Warrant): _____, End Date (Booked in Date): _____.

Other SENTENCE ORDER CORRECTED TO CONFORM to RULING from the BENCH

This 25TH Day of Feb, 2014

Judge, Fulton County Superior Court
Atlanta Judicial Circuit