Fulton County Superior Court
***EFILED***RM
Date: 10/19/2016 2:15:36 PM
Cathelene Robinson, Clerk

```
 1              IN THE SUPERIOR COURT OF FULTON COUNTY
 2                        STATE OF GEORGIA
 3
 4      STATE OF GEORGIA          )
                                  )    INDICTMENT NO.
 5      V.                        )    2013-SC-121098
                                  )
 6      KEVIN DARNELL JONES,      )
                      DEFENDANT.  )
 7
 8
 9
10        **TRANSCRIPT OF MODIFICATION OF SENTENCE HEARING**
11         BEFORE THE HONORABLE CONSTANCE C. RUSSELL
12                  ATLANTA JUDICIAL CIRCUIT
13                      MARCH 3, 2014
14
15
16   APPEARANCES:
17   FOR THE STATE:        KEVIN LAMAR, ESQ.,
                           ASSISTANT DISTRICT ATTORNEY
18
19   FOR THE DEFENDANT:    KRISTIN HOWELL, ESQ.,
                           PUBLIC DEFENDER
20
21
22
23
24
25
```

```
 1                      PROCEEDINGS
 2   MARCH 3, 2014
 3           THE COURT:  OKAY, MR. JONES.
 4           THE DEFENDANT:  HELLO, JUDGE RUSSELL.
 5           THE COURT:  HELLO, MR. JONES.
 6           THE DEFENDANT:  HOW ARE YOU?
 7           THE COURT:  I'M FINE.  HOW ARE YOU?
 8           THE DEFENDANT:  HONESTLY, YOUR HONOR, I'M
 9   GOING THROUGH IT A LITTLE BIT.
10           THE COURT:  I KNOW YOU ARE, AND I AM SO SORRY,
11   BUT TRUST ME, I'VE BEEN DOING EVERYTHING I CAN TO
12   TRY TO CLEAN IT UP, AND THAT'S WHY YOU'RE HERE.
13           THE DEFENDANT:  I UNDERSTAND THAT PART.  IT
14   WAS A SHOCK TO ME WHEN I WAS TOLD TO PACK UP AND I
15   WAS GOING TO --
16           THE COURT:  THAT'S BECAUSE THEY SCREWED IT UP.
17   THAT WASN'T SUPPOSED TO HAPPEN, BUT WE ARE GOING TO
18   FIX IT TODAY.
19           THE DEFENDANT:  THANK YOU.
20           THE COURT:  OKAY?
21           THE DEFENDANT:  THANK YOU.
22           THE COURT:  TODAY.
23   SO, MS. HOWELL?
24           MS. HOWELL:  YES, YOUR HONOR.
25           THE COURT:  WHAT IS IT THAT WE NEED TO DO TO
```

1      FIX IT?

2           **MS. HOWELL:**  WELL, AT THIS POINT I GUESS WE

3      WOULD BE ASKING TO MODIFY THE ORIGINAL SENTENCE.

4           **THE COURT:**  RIGHT.

5           **MS. HOWELL:**  WE WERE HOPING THAT BASED ON HIS

6      CRIMINAL HISTORY, IT WAS OBVIOUS THAT HE HAD A DRUG

7      PROBLEM.

8           **THE COURT:**  RIGHT.

9           **MS. HOWELL:**  SO WE WERE GOING TO TRY TO FIND

10     DRUG TREATMENT AND PLACEMENT.  IN THE ORIGINAL

11     SENTENCE HE WAS GIVEN --

12          **THE COURT:**  HE WAS SUPPOSED TO HAVE GONE TO A

13     PROGRAM, AND THE PROGRAM DIDN'T EXIST ANYMORE.

14          **MS. HOWELL:**  WELL, THE APARTMENT OR THE PLACE

15     THEY HAD, THEY RENTED IT OUT.  SO IT WAS OCCUPIED.

16     MR. OWENS THEN DID SUBSEQUENTLY FIND ME ANOTHER

17     PLACEMENT; BUT BY THAT TIME, MR. JONES WAS GONE --

18          **THE COURT:**  BECAUSE HE GOT SHIPPED.

19          **MS. HOWELL:**  RIGHT, HE GOT SHIPPED OUT.

20          **THE COURT:**  AND HE SHOULD NOT HAVE BEEN

21     SHIPPED.

22          **MS. HOWELL:**  RIGHT.

23          **THE COURT:**  SO HE'S NOT GOING BACK, RIGHT?

24          **MS. HOWELL:**  CORRECT.

25          **THE COURT:**  WE ARE GOING TO BE ABLE TO RESOLVE

```
 1        IT SO THAT HE DOES NOT HAVE TO GO BACK DOWN THE
 2        ROAD, RIGHT?
 3             MS. HOWELL:  WELL, ACTUALLY HE DOESN'T WANT TO
 4        GO TO FULTON COUNTY.  HE WANTS TO --
 5             THE COURT:  WELL, NOW, I GOT THAT PART.
 6             MS. HOWELL:  BUT WE'RE ASKING FOR MAYBE THE
 7        ORIGINAL SENTENCE -- IT WAS A SIX-MONTH SENTENCE.
 8        WE'RE ASKING PERHAPS --
 9             THE COURT:  HOW LONG HAS HE BEEN IN CUSTODY?
10             MS. HOWELL:  IT'S GOING ON SIX MONTHS.  HE WAS
11        ARRESTED IN JUNE.
12             THE DEFENDANT:  IT'S GOING ON NINE MONTHS.
13             THE COURT:  NINE MONTHS?
14             MS. HOWELL:  NINE MONTHS.
15             THE DEFENDANT:  YEAH.
16             THE COURT:  OKAY.
17             MS. HOWELL:  IT HAPPENED IN JUNE OF 2013.
18             THE COURT:  THE STATE IS ENTITLED TO NOTICE
19        WITH RESPECT TO MODIFICATION OF A SENTENCE.
20             DOES THE STATE NEED MORE NOTICE THAN IT HAS?
21             MR. LAMAR:  YOUR HONOR, I DON'T NEED MORE
22        NOTICE.  THANK YOU.
23             THE COURT:  GREAT, OKAY.  THE RECORD WILL
24        REFLECT THAT IT WAS THE COURT'S INTENTION, BASED
25        UPON THE SENTENCE IMPOSED, THAT MR. JONES GO TO A
```

```
 1        PROGRAM.  HIS SENTENCE SPECIFICALLY WAS THAT HE WAS
 2        TO REMAIN IN CUSTODY PENDING ENTRY INTO THE
 3        PROGRAM.  BECAUSE THERE WAS AN ISSUE WITH RESPECT
 4        TO HIS ENTRY INTO THE PROGRAM, WHEN HE WAS RETURNED
 5        TO THE FULTON COUNTY JAIL, HE WAS SHIPPED TO THE
 6        STATE SYSTEM.  WE HAVE BEEN TRYING TO GET HIM BACK
 7        SINCE THAT OCCURRED.  THAT OCCURRED IN ERROR
 8        BECAUSE IT WAS THE COURT'S DETERMINATION AT THE
 9        TIME THAT MR. JONES ENTERED HIS SENTENCE THAT HE
10        HAD A DRUG PROBLEM AND THAT HIS HISTORY WAS
11        INDICATIVE OF A DRUG PROBLEM AND HE APPEARED TO BE
12        READY TO TRY AND ADDRESS THOSE ISSUES, AND THE
13        SENTENCE WAS INTENDED TO ALLOW HIM AN OPPORTUNITY
14        TO DO THAT.
15             WHAT IS MR. JONES' STATUS WITH RESPECT TO
16        PROBATION AT THIS POINT?
17             **THE PROBATION OFFICER:**  HE'S NOT ON IT.
18             **THE COURT:**  HE'S NOT ON IT, OKAY.  MR. JONES,
19        DO YOU HAVE SOMEWHERE TO GO?
20             **THE DEFENDANT:**  HONESTLY, NO, MA'AM, I DON'T
21        OUTSIDE OF ONE OF THE CITY SHELTERS.  SINCE MY
22        RETURN ON FRIDAY TO FULTON COUNTY FOR THIS HEARING
23        THROUGH CERTAIN OFFICERS WHO KNOW MR. OWENS, THEY
24        HAVE LET ME KNOW THAT MR. OWENS SAYS HE DOES HAVE A
25        PLACE NOW.  WHEN I DID NOT SHOW UP FOR COURT THIS
```

```
 1        MORNING, I ATTEMPTED TO CONTACT HIM, SO I WOULD AT
 2        LEAST HAVE THAT INFORMATION KIND OF --
 3             THE COURT:  RIGHT.
 4             THE DEFENDANT:  -- AT THE TABLE, BUT THAT HAS
 5        NOT HAPPENED.  SO IF I AM RELEASED, TECHNICALLY I
 6        HAVE NO CLOTHES AND NOWHERE TO GO TODAY.
 7             THE COURT:  THAT'S A PROBLEM.
 8        DOES ANYBODY KNOW A NUMBER FOR MR. OWENS?
 9             THE DEFENDANT:  I HAVE IT HERE.
10             THE COURT:  CAN ANYBODY CALL MS. PREJEAN.
11             MS. HOWELL:  YOU WANT ME JUST TO HAVE HER
12        CALL?
13             THE COURT:  YEAH, IF YOU'LL JUST CALL HER.
14             MS. HOWELL:  AND THE OTHER ISSUE IS APPARENTLY
15        HE FILED A MANDAMUS.  I DON'T KNOW HOW --
16             THE COURT:  WHO FILED A MANDAMUS?
17             MS. HOWELL:  BECAUSE THEY SENT HIM DOWN THE
18        ROAD.  THEY REVOKED HIS PROBATION THAT THEY THOUGHT
19        HE HAD ON THE 10SC CASE --
20             THE COURT:  SO WHO'S THE MANDAMUS AGAINST?
21        ME?
22             THE DEFENDANT:  NO, NO, NO, THE PROBATION
23        AGENT.
24             THE COURT:  THE PROBATION PEOPLE?
25             THE DEFENDANT:  I DIDN'T KNOW WHAT WAS GOING
```

```
 1      ON.
 2          THE COURT:  I KNOW.  DID YOU FILE IT IN FULTON
 3      COUNTY?
 4          THE DEFENDANT:  WELL, I PUT SUPERIOR COURT OF
 5      FULTON COUNTY.
 6          THE COURT:  RIGHT.
 7          THE DEFENDANT:  I THOUGHT --
 8          THE COURT:  NO, YOU WERE SUPPOSED TO DO
 9      WHATEVER YOU NEEDED TO DO TO TRY TO PROTECT
10      YOURSELF.
11          MS. HOWELL:  AND IT'S BECAUSE THEY SENT HIM
12      OFF.  YOU CLOSED THE CASE OUT.
13          THE COURT:  RIGHT.  RIGHT, I DID.
14          MS. HOWELL:  SO I DON'T KNOW HOW TO CLEAN THAT
15      UP TO GET A YEAR REVOKED OFF.
16          THE COURT:  WHAT WE'RE GOING TO DO TODAY -- I
17      THINK I DID AN AMENDED ORDER.  YEAH, GIVE MR. JONES
18      A COPY.  HE CAN HAVE A COPY OF THE TRANSCRIPT.
19          OKAY, SO.  YES, SIR?
20          MR. LAMAR:  YOUR HONOR, I'M NOT SURE, I WASN'T
21      HERE FOR THE ACTUAL INITIAL PLEA BUT WAS THERE A
22      BANISHMENT FROM ZONE 6 BECAUSE I KNOW MR. JONES
23      DOESN'T HAVE ANYWHERE TO GO.
24          THE COURT:  YEAH, HE WAS BANISHED FROM FIVE
25      POINTS, LITTLE FIVE POINTS.
```

1      **MR. LAMAR:** LITTLE FIVE POINTS AS WELL.  IT
2  WAS HIGHLANDS.  IT'S CLOSER TO LIKE THE OLD FOURTH
3  WARD AREA.
4      **THE COURT:** OKAY, THE PROBLEM WITH THIS WHOLE
5  BANISHMENT THING IS IT HAS TO BE TERRITORY SO THAT
6  HE KNOWS WHEN HE'S MESSING IT UP.
7      **MR. LAMAR:** I CAN GIVE YOU STREETS, YOUR
8  HONOR.
9      **THE COURT:** OKAY.  SO HE HAS TO BE CLEAR
10 ABOUT -- DO YOU HAVE PEOPLE OR FAMILY THERE, MR.
11 JONES?
12     **THE DEFENDANT:** NO, I DON'T.
13     **THE COURT:** SO YOU HAVE NO REASON TO GO THERE?
14     **THE DEFENDANT:** NO, MA'AM.
15     **THE COURT:** SO IF HE TELLS ME THE STREETS,
16 WE'RE NOT GOING TO HAVE ANY ISSUES ABOUT YOU GOING
17 TO SEE SOMEBODY, RIGHT?
18     **THE DEFENDANT:** NO, MA'AM.
19     **THE COURT:** WRITE THEM DOWN.
20     **MR. LAMAR:** WRITE THEM DOWN?
21     **THE COURT:** WRITE THEM DOWN.
22     **THE DEFENDANT:** THANK YOU, YOUR HONOR.
23     **THE COURT:** DEPUTY ATKINS.
24     **THE DEPUTY:** YES, MA'AM.
25     **THE COURT:** MR. JONES IS GOING TO GET OUT

```
1        SOMEHOW.  HE NEEDS SOME CLOTHES.  CAN YOU LOOK IN
2        THERE AND GET HIM SOME CLOTHES.
3             THE DEPUTY:  YES, MA'AM.
4             THE COURT:  HE NEEDS TO KNOW YOUR SIZES.
5             THE DEFENDANT:  IS IT ALSO POSSIBLE -- IF THIS
6        IS -- AS FAR AS PLACEMENT SOMEWHERE, IS IT POSSIBLE
7        TO HAVE AN ORDER THAT SAYS UPON CONFIRMATION
8        THROUGH MR. OWENS OR WHAT-HAVE-YOU, A PLACE THAT I
9        CAN BE SENT TO?
10            THE COURT:  YEAH, I JUST NEED THE PLACE.  I
11       CAN DO THAT.
12            THE DEFENDANT:  WOULD I HAVE TO COME BACK TO
13       COURT AND ALL THROUGH THAT OR WOULD YOU JUST --
14            THE COURT:  NO, WE CAN TAKE CARE OF IT; BUT I
15       HAVE TO HAVE A PLACE, WHICH IS WHY I'M CALLING MY
16       FRIEND WHO DOES NOT WORK FOR ME, BUT I'M GOING TO
17       OWE, LIKE, TRIPLE BIG.  WHAT IS IT?
18            MR. LAMAR:  YOU WANT ME TO READ IT OUT?
19            THE COURT:  YES.
20            MR. LAMAR:  OKAY, PONCE DE LEON.
21            THE COURT:  OKAY, PONCE RUNS ALL WAY TO
22       ALABAMA.
23            MR. LAMAR:  IN BETWEEN MORELAND AVENUE AND
24       PIEDMONT AVENUE.  BECAUSE PONCE GOES UP AND DOWN
25       THE EAST SIDE, THAT WOULD BE MORELAND AVENUE AND TO
```

1      THE WEST, THAT WOULD BE PIEDMONT AVENUE.  THEN

2      SOUTH OF THAT WOULD BE MEMORIAL DRIVE.  SO FROM

3      PONCE OVER TO MEMORIAL DRIVE.

4           **THE COURT:**  MR. JONES NEEDS TO HEAR YOU, SO WE

5      CAN BE SURE.

6           **MR. LAMAR:**  WE'RE TALKING ABOUT -- LET'S START

7      WITH PONCE DE LEON SINCE THAT'S THE MAIN STREET.

8      YOU GO UP IT TO MORELAND AVENUE.  MORELAND UP TO

9      PIEDMONT.  PIEDMONT AVENUE IS GOING TO BE PONCE.

10     SO THAT AREA RIGHT THERE, OVER INTO MEMORIAL DRIVE.

11     SO I THINK MEMORIAL DRIVE ALSO CROSSES OVER

12     PIEDMONT AS WELL.  IT'S A SQUARE.

13          **THE DEFENDANT:**  RIGHT, OKAY.

14          **MR. LAMAR:**  SO THOSE ARE THE MAIN STREETS.

15     IT'S A SMALL SQUARE.  MORELAND AVENUE UP TO

16     PIEDMONT.  IN BETWEEN THOSE LITTLE AREAS OF ZONE 6

17     WE'RE TALKING ABOUT.  NOT ALL OF 6, ALL OF ZONE 6,

18     BUT THAT'S PROBABLY ABOUT FOUR TO SIX BLOCKS.

19          **THE COURT:**  OKAY.  MORELAND TO PIEDMONT, THAT

20     DOESN'T PREVENT HIM FROM GOING TO THE SHELTER,

21     RIGHT?

22          **MR. LAMAR:**  NO, BECAUSE THE SHELTER SHOULD

23     BE -- ARE YOU TALKING ABOUT THE PINE STREET

24     SHELTER?

25          **THE COURT:**  MM-HMM.

```
 1           MR. LAMAR:  THAT WON'T BE A PROBLEM.  THAT'S
 2      ZONE 5.
 3           MS. HOWELL:  I CALLED MS. PREJEAN.
 4           THE COURT:  I'M GOING TO MODIFY HIS SENTENCE
 5      AND IT WILL INCLUDE THE BANISHMENT.
 6           CAN YOU LOOK AT THAT AREA?
 7           THE DEFENDANT:  YES, MA'AM.
 8           THE COURT:  AND DO YOU HAVE AN ISSUE?  DO YOU
 9      UNDERSTAND THE AREA HE'S TALKING ABOUT?
10           THE DEFENDANT:  I COMPLETELY UNDERSTAND THE
11      AREA.
12           THE COURT:  DO YOU HAVE AN ISSUE WITH STAYING
13      OUT OF IT?
14           THE DEFENDANT:  NO, MA'AM.
15           THE COURT:  YOU HAVE NO FAMILY, NO CHILDREN,
16      NO COUSINS THAT YOU WOULD HAVE A REASON TO GO SEE
17      IN THAT AREA?
18           THE DEFENDANT:  NO, MA'AM, I DO NOT.
19           THE COURT:  ALL RIGHT.
20           THE DEFENDANT:  THANK YOU.
21           THE COURT:  ALL OF MR. JONES' PROBATION IS
22      CLOSED OUT.  WITH RESPECT TO 13-SC-121098, THE
23      COURT IS GOING TO MODIFY THE SENTENCE.  MR. JONES
24      WAS PREVIOUSLY SENTENCED TO ENTRY INTO AND
25      COMPLETION OF THE PROGRAM.  BECAUSE THE PROGRAM HAS
```

1      NO SPACE, HE WAS RETURNED TO FULTON COUNTY JAIL.
2           MR. JONES' SENTENCE WILL BE 5 YEARS.  IT WILL
3      BE SUSPENDED UPON THE CONDITION THAT HE ENTER INTO
4      AN APPROPRIATE PROGRAM UPON HIS RELEASE FROM THE
5      FULTON COUNTY JAIL AND UPON THE FURTHER CONDITION
6      THAT HE BE BANISHED FROM THE AREA IDENTIFIED AS
7      BETWEEN MORELAND AVENUE IN FULTON COUNTY, PIEDMONT
8      AVENUE IN FULTON COUNTY, IN THE CITY OF ATLANTA.
9      MEMORIAL DRIVE TO PIEDMONT IN THE CITY OF ATLANTA,
10     AND MEMORIAL DRIVE TO MORELAND IN THE CITY OF
11     ATLANTA.  ALL OF WHICH IS IN FULTON COUNTY, WHICH
12     MEANS IF YOU'RE ON THE DEKALB COUNTY SIDE OF
13     MORELAND, YOU'RE ALL RIGHT.
14          **THE DEFENDANT:**  YES, MA'AM.
15          **THE COURT:**  ALL RIGHT.  SHERIFF, I HAVE A
16     QUESTION FOR YOU.  IF I PROVIDE MR. JONES WITH
17     CLOTHES, CAN HE TAKE THEM BACK TO THE JAIL OR CAN
18     HE DRESS OUT AND NOT BE REDRESSED WHEN -- CAN HE
19     DRESS OUT HERE AND BE ALLOWED --
20          **THE DEPUTY:**  I WILL TAKE THEM DOWNSTAIRS, PUT
21     IT IN A BAG, AND IT WILL GO WITH HIM BECAUSE HE
22     CAN'T CHANGE.
23          **THE COURT:**  SO IF HE LEAVES HERE WITH CLOTHES,
24     HE WILL BE ABLE TO ACCESS THEM SO HE CAN HAVE
25     SOMETHING OTHER THAN THAT JUMPSUIT WHEN HE IS

```
 1     RELEASED?
 2          THE DEPUTY:  YES.
 3          MS. HOWELL:  YOUR HONOR, JUST FOR
 4     CLARIFICATION, ARE WE STILL WORKING ON A PROGRAM?
 5          THE COURT:  WE ARE WORKING ON A PROGRAM; BUT,
 6     AGAIN, WHAT MR. JONES HAS GONE THROUGH, THROUGH NO
 7     FAULT OF HIS OWN, WE GET ONE THAT'S GRAVY; BUT
 8     EITHER WAY, IT SEEMS TO ME, IN FAIRNESS, HE NEEDS
 9     TO BE DONE.
10          MS. HOWELL:  THANK YOU, YOUR HONOR.
11          THE DEFENDANT:  THANK YOU AGAIN, YOUR HONOR.
12          THE COURT:  DON'T THANK ME.  YOU'RE OUT.
13     GIVEN THAT IT'S FIVE MINUTES TO 4:00, I CAN'T
14     GUARANTEE YOU IT WILL BE TODAY; BUT IF IT'S NOT
15     WEDNESDAY, SPEED DIAL, START DIALING.  AS A MATTER
16     OF FACT, YOUR CALL WILL BE THE ONE I ACCEPT FROM
17     THE JAIL IF YOU CALL MY OFFICE.  YOUR'S IS THE ONLY
18     ONE.
19          THE DEFENDANT:  THANK YOU.
20          (THE PROCEEDINGS WERE ADJOURNED.)
21                  * * * * *
22
23
24
25
```

**C E R T I F I C A T E**

STATE OF GEORGIA   )

COUNTY OF FULTON   )


      I HEREBY CERTIFY THAT THE FOREGOING PAGES, 1 THROUGH 13, REPRESENT A TRUE, COMPLETE, AND CORRECT TRANSCRIPT OF THE PROCEEDINGS TAKEN DOWN BY ME IN THE CASE AFORESAID.

      THIS CERTIFICATION IS EXPRESSLY WITHDRAWN AND DENIED UPON THE DISASSEMBLY OR PHOTOCOPYING OF THE FOREGOING TRANSCRIPT OR ANY PART THEREOF, INCLUDING EXHIBITS, UNLESS SAID DISASSEMBLY OR PHOTOCOPYING IS DONE BY THE UNDERSIGNED OFFICIAL COURT REPORTER AND ORIGINAL SIGNATURE AND SEAL IS ATTACHED THERETO.

      WITNESS MY HAND THIS, THE 19TH DAY OF OCTOBER, 2016.


                      /S/_____
                      EVELYN RAMIREZ
                      OFFICIAL COURT REPORTER
                      FULTON COUNTY SUPERIOR COURT

CERTIFICATION NUMBER OF REPORTER:   B-1977
DATE OF EXPIRATION OF CERTIFICATE:   MARCH 31, 2017