IN THE SUPERIOR COURT OF FULTON COUNTY

STATE OF GEORGIA

FILED IN OFFICE
MAR 11 2014
DEPUTY CLERK SUPERIOR COURT
FULTON COUNTY, GA

STATE OF GEORGIA

V.

Kevin Darnell Jones

Amended Order

INDICTMENT NO. 10SC91255
BOOKING NO. 1404574
GDC NO. 1206728

Closed Administratively

~~ORDER OF REVOCATION~~

WHEREAS, the defendant having waived/received formal notice, this Court did conduct a full hearing on the date aforesaid in accordance with Georgia Law. The preponderance of evidence presented compels this Court to find that the Defendant

___ HAS NOT violated the terms of probation.
_✓_ HAS violated the terms of probation in the following manner. (Be Specific)

New Charges     Docket # 13SC121093

_____

_____

NOW, Therefore, it is ordered and adjudged that the probation provisions in the defendant's original sentence

☐ be CONTINUED from the date of the warrant issued on _____.

☐ be REVOKED. The defendant is hereby required to serve:

☐ BALANCE of said sentence

☐ BALANCE of said sentence, service of time suspended

☐ ___ years ___ months ___ days. Upon service of this time, the Defendant shall be REINSTATED on probation under the conditions of the original Order of Probation dated _____.

☐ ___ years ___ months ___ days. Upon service of time, Defendant's balance of probation shall be SUSPENDED.

The defendant is to serve time, if any (Circle One) In the County Jail, County Correctional Institution, State Penal System or other such place as the Court may direct.

This sentence is to run CONCURRENTLY with the sentence imposed upon defendant in Fulton County Superior Court, case number _____. and/or in Fulton County State Court, case number _____.

Toll Time Began (Date of Warrant): _____, End Date (Booked in Date): _____

Other Amended Order Sentence order corrected to conform to ruling from the bench

This _11_ Day of _March_, 20_14_

_____
Judge, Fulton County Superior Court
Atlanta Judicial Circuit