# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| KEVIN DARNELL JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION FILE NO. |
| ) | 1:15-CV-0297-WBH |
| MAJOR KIRT BEASLEY, et al. ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## DEFENDANT LT. COL. KIRT BEASLEY'S STATEMENT OF MATERIAL FACTS TO WHICH THERE ARE NO GENUINE ISSUES TO BE TRIED

COMES NOW Defendant Lt. Col. Beasley, by and through undersigned counsel, and pursuant to Rule 56 of the Federal Rules of Civil Procedure and L.R. 56.1 of the United States District Court for the Northern District of Georgia, files this Statement of Material Facts to Which There are No Genuine Issues to be Tried, and states as follows:

1.

Defendant Lt. Col. Kirt Beasley ("Defendant") is Assistant Chief Jailer at the Fulton County Jail.  Beasley Aff. ¶ 3.

1

2.

In 2012, Judge Lovett, a Georgia state court judge, sentenced Plaintiff Kevin Jones ("Plaintiff") to a term of probation. Doc. 1, Compl., p. 3.

3.

In June 2013, Plaintiff was arrested on a new charge. Doc. 1, Compl., p. 3. As a result of that arrest, Judge Lovett revoked the remaining balance of Plaintiff's probation and sentenced him to the state penitentiary. Beasley Aff. ¶ 3.

4.

A different judge, Judge Russell, imposed a new term of probation for the new charge and allegedly terminated Judge Lovett's probationary term on the old charge. Doc. 1, Compl., p. 3.

5.

Judge Russell's probationary term for the 2013 offense included six months at a sober living program in East Point, Georgia and what Plaintiff contends was a "come back" notice. Doc. 1, Compl., p. 3.

6.

This alleged "come back" notice required that Plaintiff report to probation on January 22, 2014, if he was not in the sober living program, or that he report to

probation within forty-eight hours of being placed in the sober living program. Doc. 1, Compl., p. 3.

7.

Plaintiff contends that the "come back" notice inferred release if the sober living program was closed. Doc. 1, Compl., p. 3. Plaintiff's original transport order to the sober living program expired before he was transferred, and Plaintiff's criminal attorney had to obtain a new transport order for January 20, 2014. Id.

8.

On January 20, 2014, Plaintiff was processed out of jail and turned over to Sgt. King of the Fulton County Jail transport division. Doc. 1, Compl., p. 3. However, during transport to the sober living program, Fulton County Jail officials learned that the program had closed. Id. Lt. Col. Beasley told the transport officers to return Plaintiff to the Fulton County Jail, despite his protests and the "come back" notice. Id.

9.

On January 28, 2014, Plaintiff was transferred to Coastal State Prison to serve the state penitentiary sentence imposed by Judge Lovett when he revoked Plaintiff's 2012 probation sentence. Doc. 1, Compl., p. 3. As a result, Plaintiff

filed a habeas petition in the state court and, on March 3, 2014, Judge Russell ordered Plaintiff's immediate release.  Doc. 1, Compl., p. 3.

10.

However, Judge Russell did not file an amended order administratively closing Judge Lovett's probation case until March 11, 2014.  Beasley Aff., ¶ 10.

11.

Upon her doing so, Plaintiff was immediately released from the Fulton County Jail.  Beasley Aff., ¶ 10.

Respectfully submitted, this 16th day of August, 2017.

        **OFFICE OF THE FULTON COUNTY ATTORNEY**

        Patrise Perkins-Hooker
        County Attorney
        Georgia Bar No. 572358

        Kaye Woodard Burwell
        Deputy County Attorney
        Georgia Bar No. 775060

        */s/ Ashley J. Palmer*
        Ashley J. Palmer
        Senior Assistant County Attorney
        Georgia Bar No. 603514
        ashley.palmer@fultoncountyga.gov

141 Pryor Street, S.W., Suite 4038
Atlanta, Georgia 30303
(404) 612-0246 (office)
(404) 730-6324 (facsimile)

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| KEVIN DARNELL JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION FILE NO. |
| ) | 1:15-CV-0297-WBH |
| MAJOR KIRT BEASLEY, et al. ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

### CERTIFICATE OF SERVICE

THIS CERTIFIES that on August 16, 2017 **DEFENDANT LT. COL. KIRT BEASLEY'S STATEMENT OF MATERIAL FACTS TO WHICH THERE ARE NO GENUINE ISSUES TO BE TRIED** was electronically filed using Times New Roman, 14 point type in accordance with Local Rule 5.1(C) with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following *pro se* Plaintiff:

Kevin Darnell Jones
c/o Safehouse Outreach
89 Ellis Street, N.E.
Atlanta, Georgia 30308

This 16th day of August, 2017.

/s/ *Ashley J. Palmer*
Ashley J. Palmer

5

> Senior Assistant County Attorney
> Georgia Bar No. 603514
> ashley.palmer@fultoncountyga.gov

**OFFICE OF THE FULTON COUNTY ATTORNEY**
141 Pryor Street, S.W., Suite 4038
Atlanta, Georgia 30303
(404) 612-0246 (office)
(404) 730-6324 (facsimile)