OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**

600 East First Street Suite 304
Rome, Georgia 30161

Released



Hasler   FIRST-CLASS MAIL
08/17/2017
US POSTAGE $000.46⁰

ZIP 30161
011D11652826



Return to Sender
Refused by
Wilcox State Prison
___ No Record of Inmate  ✓ Released

NIXIE   300   DC 1       08/24/17
RETURN TO SENDER
REFUSED
UNABLE TO FORWARD

BC: 30161318779      *2491-03274-18-42

```
Kevin Darnell Jones
#1206728
Wilcox State Prison
470 S Broad St
PO Box 397
Abbeville, GA 31001
```

---

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*    ATTENTION    \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\* CHANGE OF STREET NAME FOR THE FEDERAL COURTHOUSE IN ATLANTA \*\*\*

As a result of a recent change in the name of Spring Street, the new address for the Atlanta courthouse is:

75 Ted Turner Drive, S.W.
Atlanta, GA 30303

Although preprinted Court stationery may continue to display the Spring Street address for some time, use the new address to ensure delivery.

Attorney Registration for Electronic Case Filing (ECF)

Electronic Filing became mandatory for all attorneys effective July 15, 2005. If you are a bar member in good standing with the Northern District of Georgia or an attorney admitted pro hac vice, register now for an ECF user ID and password.  Please visit http://www.gand.uscourts.gov to sign up as an ECF user. You may also call 404-215-1600.